| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>PATRICIA N. SYVERSON (203111)<br>600 W. Broadway, Suite 900<br>San Diego, California 92101<br>psyverson@bffb.com<br>Telephone: (619) 798-4593 | SCALI RASMUSSEN, PC<br>JADE F. JURDI<br>800 Wilshire Blvd., Suite 400<br>Los Angeles, CA  90017<br>jjurdi@scalilaw.com<br>Telephone: (213) 239-5622<br><br>*Attorneys for Crown Laboratories* |

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ELAINE A. RYAN *(Pro Hac Vice)*
CARRIE A. LALIBERTE *(Pro Hac Vice)*
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE SOMERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWN LABORATORIES, a Tennessee company,<br><br>Defendant. | Case No. 3:21-cv-00868-BAS-DEB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. Cynthia A. Bashant** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stacie Somers and Defendant hereby stipulate and agree that the above-captioned action is voluntarily dismissed. Plaintiff's claims are voluntarily dismissed with prejudice as to herself, but without prejudice to any other person, and without any obligation by Plaintiff for Defendant's attorneys' fees or costs.

IT IS SO STIPULATED.

Dated: July 1, 2021

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

s/Patricia N. Syverson
Patricia N. Syverson (CA SBN 203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100
*Attorneys for Plaintiff*

**SCALI RASMUSSEN, PC**

s/Jade F. Jurdi
JADE F. JURDI
800 Wilshire Blvd., Suite 400
Los Angeles, CA  90017
jjurdi@scalilaw.com
Telephone: (213) 239-5622
*Attorneys for Crown Laboratories*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2021.

s/<i>Patricia N. Syverson</i><br>
Patricia N. Syverson