BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
PATRICIA N. SYVERSON (203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ELAINE A. RYAN *(Pro Hac Vice)*
CARRIE A. LALIBERTE *(Pro Hac Vice)*
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE SOMERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>CROWN LABORATORIES, a Tennessee company,<br><br><br>Defendant. | Case No. 3:21-cv-00868-BAS-DEB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. Cynthia A. Bashant** |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stacie Somers' individual claims are voluntarily dismissed with prejudice as to herself, but without prejudice to any other person, and without any obligation by Plaintiff for Defendant's attorneys' fees or costs.

Dated:  July 2, 2021

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

*s/ Patricia N. Syverson*
Patricia N. Syverson (CA SBN 203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2021.

s/*Patricia N. Syverson*
Patricia N. Syverson
